IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-50592
USDC No. W-99-CV-20

_____

LONNIE D. CLARK; ET AL.,

                                        Plaintiffs,

LONNIE D. CLARK,

                                        Plaintiff-Appellant

versus

DEPARTMENT OF THE ARMY; U.S. ARMY ENGINEER DISTRICT;
FORT WORTH MID-BRAZOS PROJECT; LOUIS A. BRUNETT,
Reservoir Manager; UNKNOWN GOVERNMENT AGENTS,

                                        Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Western District of Texas
--------------------

January 12, 2000

Before POLITZ, HIGGINBOTHAM, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

This court must examine the basis of its jurisdiction on its own motion if necessary. *Mosley v. Cozby*, 813 F.2d 659, 660 (5th Cir. 1987). We lack jurisdiction to review the magistrate judge's order denying him leave to proceed in a civil action filed by his wife. *Colburn v. Bunge Towing, Inc.*, 883 F.2d 372, 379 (5th Cir. 1989). Moreover, Clark's notice of appeal was

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

untimely to challenge the district court's order striking the original complaint in the case. FED. R. APP. P. 4(a)(1). Because we lack jurisdiction, Clark's appeal is DISMISSED and all outstanding motions are DENIED.